219 F.2d 707
 Samuel Henry MERRITT, Appellant,
v.
UNITED STATES of America.
 No. 15093.
 United States Court of Appeals, Eighth Circuit.
 Jan. 4, 1955.
 
 1
 Appeal from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Samuel Henry Merritt, pro se.
 
 
 3
 Harry Richards, U.S. Atty., St. Louis, Mo., and Robert C. Tucker, Asst. U.S. Atty., St. Louis, Mo., for appellee.
 
 
 4
 PER CUIRAM.
 
 
 5
 Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.